UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BORIANKA MANAHASA et al.,

Plaintiffs,

-v-

USCIS CALIFORNIA SERVICE CENTER,

Defendant.

26-CV-5169 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On June 18, 2026, Plaintiffs Borianka and Julian Manahasa commenced this action against Defendant USCIS California Service Center. *See* ECF No. 1. Due to a clerical error, Plaintiffs' name, however, was mistranscribed onto the case caption, the Court's Order of Service, and the summons issued pursuant to that Order of Service. *See* ECF No. 4. After Plaintiffs flagged this issue, the Clerk of Court corrected the case caption. To address the error with respect to the summons, the Clerk of Court is directed to issue an amended summons reflecting the corrected case caption.

The Clerk of Court is directed to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: July 7, 2026
New York, New York

JESSE M. FURMAN
United States District Judge