UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

BORIANKA MANAHASA et al.,

Plaintiffs,

-v-

USCIS CALIFORNIA SERVICE CENTER,

Defendant.

---------------------------------------------------------------------X

26-CV-5169 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On **July 15, 2026**, Defendant was served with the Complaint, and on **July 21, 2026**, proof of service was filed with the Court. *See* ECF No. 6. To date, Defendant has failed to appear in this action. No later than **September 28, 2026**, Plaintiffs shall submit a letter addressing whether Plaintiffs have had any contact with Defendant or if they have any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within five business days from the date of this Order** and shall file proof of such service **within seven business days of the date of this Order**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: September 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge